**Eric B. Swartz, ISB #6396**
**JONES & SWARTZ PLLC**
**Landmark Legal Group™**
623 West Hays Street
Boise, ID  83702
Telephone:  (208) 489-8989
Facsimile:  (208) 489-8988
Email:  eric@jonesandswartzlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS BERGLUND, individually and an Idaho resident,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON COUNTY, IDAHO, by and through the members of its Board of County Commissioners, LESLIE VAN BEEK, TOM DALE, PAM WHITE, each sued in their official capacity; and BRYAN TAYLOR, in his official capacity as Canyon County Prosecutor,<br><br>Defendants. | Case No. 1:19-cv-396<br><br>**NOTICE OF SERVICE** |

**PLEASE TAKE NOTICE** that on the 5th day of March, 2020, Plaintiff Chris Berglund by and through her counsel of record, served this **NOTICE OF SERVICE** together with a copy of **PLAINTIFF CHRIS BERGLUND'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION, AND REQUEST FOR ADMISSION**, upon said Defendant as follows:

| | |
|---|---|
| Pamela S. Howland<br>Rebecca L. Stewart<br>IDAHO EMPLOYMENT LAWYERS, PLLC<br>1116 South Vista Avenue, #474<br>Boise, ID 83705 | [ ] U.S. Mail<br>[ ] Fax: 208-534-7445<br>[ ] Hand Delivery<br>[X] phowland@idemploymentlawyers.com<br>     rstewart@idemploymentlawyers.com<br>[ ] ECF |

NOTICE OF SERVICE – 1

DATED this 5th day of March, 2020.

                                        JONES & SWARTZ PLLC

                                        By  */s/ Eric B. Swartz*
                                                  ERIC B. SWARTZ